UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD PERRO,

                    Plaintiff,

  -against-

UNITED STATES OF AMERICA,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 1020 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13, 2005 ★
TIME A.M. P.M. _____

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 9, 2005, dismissing the action without prejudice; and ordering that plaintiff re-file this action at any time within six months after the date on which BOP mailed plaintiff notice of its denial of his tort claim; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the action is dismissed without prejudice; and that plaintiff may re-file this action at any time within six months after the date on which BOP mailed plaintiff notice of its denial of his tort claim.

Dated: Brooklyn, New York
       May 09, 2005

                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court